STATE of Missouri, Respondent,

v.

Lisa LOESCH, Appellant.

WD 79686

Missouri Court of Appeals,
Western District,
Western District.

ORDER FILED: May 23, 2017

Nathan J. Aquino, Jefferson City, MO, for respondent.

Ellen H. Flottman, Columbia, MO, for appellant.

Before Division One: Gary D. Witt, Presiding Judge, Alok Ahuja, Judge and Edward R. Ardini, Jr., Judge

### ORDER

Per curiam:

Lisa Loesch ("Loesch") appeals the judgment of the Circuit Court of Cole County, Missouri, finding her guilty of felony driving while intoxicated, section 577.010, and third-degree assault of a law enforcement officer, section 565.083. Following a jury trial, Loesch was sentenced to two years' imprisonment for driving while intoxicated and thirty days for assault of a law enforcement officer, sentences to run concurrently. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).